COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Carey J. Ellis, III
La. Appellate Project
707 Julia St.
Rayville LA 71269

Jessie James Duplantis
Louisiana State Penitentiary DOC No. 318660
Main Prison/Walnut-1
Angola LA 70712

**REHEARING ACTION: January 8, 2014**

**Docket Number: 13   00424-KA**

**STATE OF LOUISIANA
VERSUS
JESSIE JAMES DUPLANTIS**

**Appealed from Vermilion Parish Case No. 53049**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Elizabeth A. Pickett**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the applications for

rehearing filed by **Jessie James Duplantis (both attorney filed and pro se filed)** have

this day been

> **DENIED.**
> Peters, J., would grant the rehearings.

cc: Michael Harson, Counsel for the Appellee
    Ted L. Ayo, Counsel for the Appellee